UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON



Eastern District of Kentucky
FILED
JUN 26 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-57-CHB
18 U.S.C. § 2261A(2)(B)

CHRISTOPHER RHODES

* * * * *

THE GRAND JURY CHARGES:

Beginning on or about May 20, 2025, and continuing through on or about June 5, 2025, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**CHRISTOPHER RHODES,**

with the intent to injure, harass, and intimidate another person, used an electronic communication service, specifically, a Google e-mail account accessing the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to that person, all in violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL

███████████████
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than five years imprisonment, not more than a $250,000 fine, and supervised release for not more than 3 years.

**PLUS:**  Mandatory special assessment of $100.

**PLUS:**  Restitution, if applicable.